

# Schlumberger

## PRIMARY CEMENTING PROPOSAL

### 2 7/8 IN. LONGSTRING

## ARNOLD OIL PROPERTIES

### PITZER TRUST 1-2

**Well Location**

County : Custer
State : Okla
Country : USA

| | | | |
|---|---|---|---|
| Prepared for | : Steve Kester | Service Point | : EL RENO, OK |
| | | Business Phone | : 405-262-6580 |
| Date Prepared | : 1-Jun-07 | FAX No. | : 405-262-5851 |
| | | District contact | : FELIPE GERMINI |

| | |
|---|---|
| Prepared by : | Felipe Germini |
| Phone : | 405-262-6580 |
| FAX : | 405-262-5851 |
| E-Mail address : | fgermini@slb.com |

Disclaimer Notice:
This information is presented in good faith, but no warranty is given and Dowell assumes no liability for advice or recommendations made concerning results to be obtained from the use of any product or service. Prices quoted are estimates only, and are good for 30 days from the date of issue. Actual charges may vary depending upon time, equipment, and material, ultimately required to perform these services. Freedom from infringement of patents of Dowell or others is not to be inferred.

ARNOLD-0005

**EXHIBIT 5**

# Schlumberger

ARNOLD OIL PROPERTIES
PITZER TRUST 1-2
Custer County, Okla
Page 2

## Well Data: 2 7/8 in. Longstring

< Surface

| | |
|---|---|
| Depth | 13,444 ft. |
| Casing Size | 2 7/8 in., 6.5 lbs./ft. |
| Open Hole Diameter | 5 3/4 in. |
| Previous Csg. Depth | 11,130 ft. |
| Previous Csg. Size | 5 1/2 in., 17 lbs./ft. |
| BHST | 230 °F |
| BHCT | 210 °F |
| Total Excess | 1 % |
| Tail Excess | 1 % |

< Previous Csg.
11,130 ft.

### Mud Wt./Type: 12.3 ppg Fresh Wtr. Based

## Calculations:

### Volume Factors:

< Top of Cement
11,900 ft.

| | |
|---|---|
| Casing x Open Hole | 0.1352 cu.ft./ft |
| Casing x Previous Casing | 0.0861 cu.ft./ft |
| Casing (Internal) | 0.0321 cu.ft./ft |

Top of Cement              11,900 ft.

### Cement System:

Open Hole Fill          $(1{,}544 \times 0.1352 \times 1.01) / 1.07 = 197$ sks.
Casing Shoe Cement            $(40 \times 0.0321) / 1.07 = 1$ sks.
                         Total Tail Cement = 199 sks.

< T.D. - 13,444 ft.

ARNOLD 0006

# Schlumberger

ARNOLD OIL PROPERTIES
PITZER TRUST 1-2
Custer County, Okla
Page 3

## Cementing Systems

Spacer System: 20 bbls.

MUDPUSH MPUSH II mixed @ 14.0 PPG

Cement System: 200 sks.

Class H + 0.2% D167 + 0.2% D65 + 0.5% D800 + 0.05 gps D47

| | | |
|---|---|---|
| Mix Weight | : | 16.4 PPG |
| Yield | : | 1.07 cu.ft./sk. |
| Mix Water | : | 4.29 gal./sk.    (Fresh Water) |

**Notice:**
Performance parameters for cement systems recommended are typically taken from existing laboratory data. In some cases, data exist which duplicate the recommended systems and job environment, but when those data do not exist, extrapolations are made from data which most closely match the anticipated conditions. Sufficient lead-time should always be allowed, so that pilot samples/field blends can be run to verify system performance parameters, before actually pumping the job.

ARNOLD-0007

 

# Schlumberger

ARNOLD OIL PROPERTIES
PITZER TRUST 1-2
Custer County, Okla
Page 4

## Cementing Services Pricing

| Units | UOM | Description | Unit Price | Disc. % | Extended Price |
|---|---|---|---|---|---|
| **MATERIALS AND EQUIPMENT:** | | | | | |
| 1 | EA. | PUMP CHARGE    13444  FT 1ST 8HRS | 25,500.00 | 48 | 13,260.00 |
| 1 | EA. | STANDBY CMT. PUMPER (4 HOURS) | 6,300.00 | 48 | 3,276.00 |
| 4 | HRS. | ADDITIONAL HRS. ON PUMP | 1,210.00 | 48 | 2,516.80 |
| 1 | EA. | BATCH MIXER    100  BBLS | 4,360.00 | 48 | 2,267.20 |
| 4 | HRS. | ADDITIONAL HRS. ON BATCH MIXER | 356.00 | 48 | 740.48 |
| 8 | HRS. | CEMENT BULK UNITS TIME ON LOCATION | 230.00 | 48 | 956.80 |
| 60 | EA. | ROUNDTRIP MILEAGE (CARS/TRUCKS) | 5.51 | 48 | 171.91 |
| 1 | EA. | CemCAT/PRISM/TREATMENT DATA SERVICE | 1,880.00 | 48 | 977.60 |
| 200 | SKS. | CLASS H CEMENT | 42.15 | 48 | 4,383.60 |
| 62 | CWT. | D31    BARITE WT. AGT. | 77.10 | 48 | 2,485.70 |
| 94 | LBS. | D800   MIDTEMP RETARDER | 13.10 | 48 | 640.33 |
| 20 | GALS. | D47    ANTIFOAMER | 100.70 | 48 | 1,047.28 |
| 38 | LBS. | D167   UNIFLAC | 93.40 | 48 | 1,845.58 |
| 38 | LBS. | D65    TIC DISPERSANT | 16.05 | 48 | 317.15 |
| 4 | GALS. | L55 CLAY STABILIZER | 134.50 | 48 | 279.76 |
| 20 | BBLS. | D970   MUDPUSH II | 254.00 | 48 | 2,641.60 |
| 60 | MILES | MILEAGE ON    3  UNITS | 9.53 | 48 | 892.01 |
| 378 | T.M. | HAULING    12.6  TONS | 3.58 | 48 | 703.68 |
| 246 | CU.FT. | SERVICE CHG. | 4.86 | 48 | 621.69 |
| 4 | Units | DOT TRUCK SURCHARGE | 725.00 | 48 | 1,508.00 |
| 4 | EA. | FUEL | 325.00 | 0 | 1,300.00 |
| | | SUBTOTAL (PRICEBOOK) | | $ | 81,171.50 |
| | | EFFECTIVE DISCOUNT | 47.23 | % | 38,338.32 |
| | | **_DISCOUNTED TOTAL PRICE_** | | $ | 42,833.18 |

ARNOLD-0008

 

## Schlumberger

ARNOLD OIL PROPERTIES
PITZER TRUST 1-2
Custer County, Okla
Page 5

This quote is valid for a period of thirty days from the date submitted. These prices are estimates based on current price structure and will vary somewhat with the materials, equipment, and time actually required at the time of service. The discount shown will be applicable to the most current Dowell price book in effect at the time of service. Not included are the costs of fluid storage, oil, water, (or transportation thereof) except as listed. Dowell does not offer these services.

The cement slurry data presented are from systems previously tested in Dowell laboratories. Thickening time tests should be run when field mix water is available and final temperatures are known. Mud\Cement compatibility tests should be run when final mud systems are in use. These tests could cause quantity variations of the materials recommended, thereby affecting the price of the job.

In the interest of safety, a pre-job tailgate safety meeting will be held with your representative and other on-location personnel to familiarize everyone with existing hazards and safety procedures. During this meeting a designated wash-up area will be assigned for our cementing unit to dispose of our cement slurry and drilling mud displacement fluid.

Thank you for considering Dowell for this work. Please do not hesitate to call with any questions or concerns.

Felipe Germini
El Reno Okla

ARNOLD-0009