# EXHIBIT 1

| DATE | DESCRIPTION | INVOICE # | AMOUNT | CHECK DEDUCTION | NET AMOUNT |
|---|---|---|---|---|---|
| | COURT CLERK, U.S. WESTERN DISTRICT 12/18/08 File Complaint (PRB) | 23539.50001 | 350.00 | | 350.00 |

*CIV-08-1361-D*
*Judge De Giusti*

| CHECK DATE | CONTROL NUMBER | | | | | | |
|---|---|---|---|---|---|---|---|
| 12/18/08 | 210984 | **TOTALS ▶** | Gross: | 350.00 | Ded: 0.00 | Net: | 350.00 |

PHILLIPS MURRAH P.C.

COURT CLERK, U.S. WESTERN DISTRICT    23539.50001    350.00    350.00