# EXHIBIT 2

# FedEx

Español | Customer Support | FedEx Locations [Search] Go

Package/Envelope   Freight   Expedited   Office/Print Services
Ship ▸   Track ▸   Manage ▸   Business Solutions ▸

# FedEx Ship Manager®

Logout   Help

| Prepare Shipment | Ship History | My Lists | Reports | My Profile |

## Your Shipment Details

| | | | |
|---|---|---|---|
| From: | Penny Bodine<br>PHILLIPS MURRAH P.C.<br>CORPORATE TOWER, 13TH FLOOR<br>101 N. ROBINSON<br>OKLAHOMA CITY, OK 73102<br>US<br>4052354100 | Package type:<br>Pickup/Drop Off:<br>Weight:<br>Declared value:<br>Shipper account number:<br>Bill transportation to:<br>Courtesy rate quote:*<br>List rates:<br>Effective net discount: | FedEx Envelope<br>Use an already scheduled pickup at my location<br>1.00 LBS<br>0.00 USD<br>MyAccount-194<br>MyAccount-194<br>47.84 |
| To: | Roger Dodd<br>912 N KREST DR<br>WEATHERFORD, OK<br>730963643<br>US<br>5807742721 | Discounted variable %<br>Special services:<br>Shipment Purpose:<br>Shipment type:<br>Commercial/Residential Status: | Residential delivery<br><br>Express<br>Residential |

Tracking no:        793794614285
Your reference:     23539.50001
Ship date:          08/05/2010
Service type:       First Overnight

**Please note :**
. * The courtesy rate shown here may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions, and other factors. Consult the applicable FedEx Service Guide or the FedEx Rate Sheets for details on how shipping charges are calculated.
FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits; Consult the applicable FedEx Service Guide for details.

Global Home | Small Business Center | Service Guide | About FedEx | Investor Relations | Careers | fedex.com Terms of Use | Security & Privacy | Site Map |
This site is protected by copyright and trademark laws under US and International law. All rights reserved.© 1995- 2010 FedEx