# EXHIBIT 3

ANNDRIA BYRD, CSR
OFFICIAL COURT REPORTER
2ND JUDICIAL DISTRICT
CUSTER COUNTY, Oklahoma
P.O. BOX 763
Hinton, OKLAHOMA  73047

FILE

September 14, 2010

ORIGINAL

Mr. Thomas G. Wolfe
PHILLIPS MURRAH, P.C.
Corporate Tower, Thirteenth Floor
101 North Robinson
Oklahoma City, Oklahoma  73102

In Re:  Arnold Oil Properties, L.L.C. vs. Schlumberger Technology Corporation
         Case No. CIV-08-1361-D

The amount due and owing in the above-entitled matter for the transcription of the Deposition of Roger Dodd, taken on September 2, 2010, in Weatherford, Oklahoma, is as follows:

**FINAL AMOUNT DUE: $663.30**

*Please remit payment to:  Anndria Byrd, P.O. Box 763, Hinton, Oklahoma  73047*

If there are any questions, please feel free to contact me at (405)863-3946 or (580)323-9308

Sincerely,

Anndria Byrd, CSR

# INVOICE

D&R Reporting & Video, Inc.
119 North Robinson, Suite 650
Oklahoma City, OK 73102
Phone: 405-235-4106   Fax: 405-235-4115

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 95051 | 9/10/2010 | 5530 |

| Job Date | Case No. |
|---|---|
| 9/1/2010 | CIV-08-1361-D |

| Case Name |
|---|
| Arnold Oil vs Schlumberger |

| Payment Terms |
|---|
| Due upon receipt |

Tom Wolfe
Phillips Murrah
101 North Robinson
13th Floor
Oklahoma City, OK 73102

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
Barry Hill                                                                                           240.12

**TOTAL DUE >>>         $240.12**

Thank you for choosing D&R Reporting & Video, Inc., for all your litigation support needs.

**Tax ID:** 73-1334253                                                    Phone: 405-235-4100   Fax: 405-235-4133

*Please detach bottom portion and return with payment.*

Tom Wolfe
Phillips Murrah
101 North Robinson
13th Floor
Oklahoma City, OK 73102

Job No.     : 5530          BU ID      : 1-MAIN
Case No.    : CIV-08-1361-D
Case Name   : Arnold Oil vs Schlumberger

Invoice No. : 95051         Invoice Date : 9/10/2010
**Total Due : $ 240.12**

Remit To: **D&R Reporting & Video, Inc.
119 North Robinson, Suite 650
Oklahoma City, OK 73102**

**PAYMENT WITH CREDIT CARD**   AMEX   VISA

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:

# STATEMENT

**LEGALINK**
A MERRILL COMMUNICATIONS COMPANY



Merrill Communications
One Merrill Circle
St. Paul, MN 55108

**REMIT TO:** LegaLink, Inc.
P.O. Box 277951
Atlanta, GA 30384-7951

THOMAS WOLFE
PHILLIPS MURRAH
101 NORTH ROBINSON
SUITE 1300
OKLAHOMA CITY  OK  73102

Tuesday, June 15 2010

| Invoice Number | Invoice Date | Caption | Deponent | Job Date | Balance Due | Days Aged |
|---|---|---|---|---|---|---|
| 16043068 | 05/25/10 | Arnold Oil Properties vs. Schlumberger Technology Corp. | Fred Sabins | 05/03/10 | 788.90 | 22 |
|  |  |  |  | Total : | 788.90 |  |

Tax ID No :   20-2665382

Listed above are the invoices open on your account.
In order to provide the finest service to you, please review the invoices listed. Should you require INVOICE COPIES and/or PAYMENT VERIFICATION, please email your request to: LLinvcopyhou@merrillcorp.com

Remit to:   LegaLink, Inc.
P.O. Box 277951
Atlanta, GA 30384-7951

If you require additional information please contact:

Richelle Niehaus
LegaLink- A Merrill Company
Lead Corporate Collections Administrator
Direct (651) 632-4663
email: richelle.niehaus@merrillcorp.com

# INVOICE

D&R Reporting & Video, Inc.
119 North Robinson, Suite 650
Oklahoma City, OK  73102
Phone:405-235-4106   Fax:405-235-4115

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 93813 | 4/28/2010 | 4403 |
| Job Date | Case No. | |
| 4/20/2010 | CIV-08-1361-D | |
| Case Name | | |
| Arnold Oil vs Schlumberger | | |
| Payment Terms | | |
| Due upon receipt | | |

Tom Wolfe
Phillips Murrah
101 North Robinson
13th Floor
Oklahoma City, OK  73102

1 CERTIFIED COPY OF TRANSCRIPT OF:
   David Watson                                                                                      195.50

                                                                **TOTAL DUE >>>**        **$195.50**

Thank you for choosing D&R Reporting & Video, Inc., for all your litigation support needs.

**Tax ID:** 73-1334253                                                          Phone: 405-235-4100   Fax:405-235-4133

*Please detach bottom portion and return with payment.*

Tom Wolfe
Phillips Murrah
101 North Robinson
13th Floor
Oklahoma City, OK  73102

Job No.     : 4403              BU ID        : 1-MAIN
Case No.    : CIV-08-1361-D
Case Name   : Arnold Oil vs Schlumberger

Invoice No. : 93813             Invoice Date : 4/28/2010
**Total Due : $ 195.50**

Remit To:  **D&R Reporting & Video, Inc.**
           **119 North Robinson, Suite 650**
           **Oklahoma City, OK  73102**

| **PAYMENT WITH CREDIT CARD** | |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |

# INVOICE

D&R Reporting & Video, Inc.
119 North Robinson, Suite 650
Oklahoma City, OK 73102
Phone:405-235-4106   Fax:405-235-4115

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 93559 | 4/5/2010 | 4086 |
| **Job Date** | **Case No.** | |
| 3/24/2010 | CIV-08-1361-D | |
| **Case Name** | | |
| Arnold Oil vs Schlumberger | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Tom Wolfe
Phillips Murrah
101 North Robinson
13th Floor
Oklahoma City, OK 73102

1 CERTIFIED COPY OF TRANSCRIPT OF:
   Blake Arnold                                                                 308.53

                                                        **TOTAL DUE >>>**      **$308.53**

Thank you for choosing D&R Reporting & Video, Inc., for all your litigation support needs.

**Tax ID:** 73-1334253                                     Phone: 405-235-4100   Fax:405-235-4133

*Please detach bottom portion and return with payment.*

Tom Wolfe
Phillips Murrah
101 North Robinson
13th Floor
Oklahoma City, OK 73102

Job No.    : 4086          BU ID       : 1-MAIN
Case No.   : CIV-08-1361-D
Case Name  : Arnold Oil vs Schlumberger

Invoice No. : 93559        Invoice Date : 4/5/2010
**Total Due  : $ 308.53**

Remit To: **D&R Reporting & Video, Inc.
          119 North Robinson, Suite 650
          Oklahoma City, OK 73102**

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date:              Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:

# INVOICE

D&R Reporting & Video, Inc.
119 North Robinson, Suite 650
Oklahoma City, OK 73102
Phone: 405-235-4106   Fax: 405-235-4115

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 91097 | 8/6/2009 | 1953 |
| Job Date | Case No. | |
| 7/28/2009 | CIV-08-1361-D | |
| Case Name | | |
| Arnold Oil vs Schlumberger | | |
| Payment Terms | | |
| Due upon receipt | | |

Tom Wolfe
Phillips Murrah
101 North Robinson
13th Floor
Oklahoma City, OK 73102

1 CERTIFIED COPY OF TRANSCRIPT OF:
  Scott Thompson                                                      230.03
ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
  Chris Carnott                                                       719.37

                                        **TOTAL DUE >>>**         **$949.40**

Thank you for choosing D&R Reporting & Video, Inc., for all your litigation support needs.

**Tax ID:** 73-1334253                                    Phone: 405-235-4100   Fax: 405-235-4133

*Please detach bottom portion and return with payment.*

Tom Wolfe
Phillips Murrah
101 North Robinson
13th Floor
Oklahoma City, OK 73102

Job No.      : 1953           BU ID      : 1-MAIN
Case No.     : CIV-08-1361-D
Case Name    : Arnold Oil vs Schlumberger

Invoice No.  : 91097          Invoice Date : 8/6/2009
**Total Due** : $ 949.40

Remit To:  **D&R Reporting & Video, Inc.**
           **119 North Robinson, Suite 650**
           **Oklahoma City, OK 73102**

**PAYMENT WITH CREDIT CARD**    AMEX  MasterCard  VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____   Phone#: _____
Billing Address: _____
Zip: _____   Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature:

# INVOICE



**COURT REPORTERS CLEARINGHOUSE**
713-626-2829   (Fax) 713-626-1966

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 59274 | 7/22/2009 | 54706 |
| Job Date | | Case No. |
| 7/1/2009 | | CIV-08-1361-D |
| Case Name | | |
| Arnold Oil Properties vs. Schlumberger Technology Corp. | | |
| Payment Terms | | |
| Due upon receipt | | |

Thomas G. Wolfe
Phillips Murrah P.C.
101 North Robinson
Corporate Tower, 13th Floor
Oklahoma City, OK 73102

ONE CERTIFIED COPY OF TRANSCRIPT OF:
   Steve Kester                                                                 656.50

                                         TOTAL DUE >>>        $656.50
                                         AFTER 8/21/2009 PAY  $722.15

Invoice prepared for:
BILL J. McFERRON, CSR

Tax ID: 76-0537648                                   Phone: 405.235.4100   Fax: 405.235.4133

*Please detach bottom portion and return with payment.*

---

Thomas G. Wolfe
Phillips Murrah P.C.
101 North Robinson
Corporate Tower, 13th Floor
Oklahoma City, OK 73102

Job No.      : 54706         BU ID         : HOUSTON
Case No.     : CIV-08-1361-D
Case Name    : Arnold Oil Properties vs. Schlumberger
               Technology Corp.
Invoice No.  : 59274         Invoice Date  : 7/22/2009
Total Due    : $656.50
AFTER 8/21/2009 PAY $722.15

Remit To:   Court Reporters Clearinghouse, Inc.
            4545 Post Oak Place, Suite 350
            Houston, TX 77027-3124

**PAYMENT WITH CREDIT CARD**

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____ Phone#: _____
Billing Address: _____
Zip: _____ Card Security Code: ____
Amount to Charge: _____
Cardholder's Signature:




FILE COPY

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 58861 | 6/29/2009 | 54385 |
| Job Date | Case No. | |
| 6/17/2009 | CIV-08-1361-D | |
| Case Name | | |
| Arnold Oil Properties vs. Schlumberger Technology Corp. | | |
| Payment Terms | | |
| Due upon receipt | | |



713-626-2629   (Fax) 713-626-1986

Thomas G. Wolfe
Phillips Murrah P.C.
101 North Robinson
Corporate Tower, 13th Floor
Oklahoma City, OK 73102

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
   Felipe Germini                                                                 1,072.50

                                                  **TOTAL DUE >>>**      **$1,072.50**
                                                  AFTER 7/29/2009 PAY      $1,179.75

Invoice prepared for:
BILL J. McFERRON, CSR

Tax ID: 76-0537648                                                                                              Phone: 405.235.4100   Fax:405.235.4133

*Please detach bottom portion and return with payment.*

Thomas G. Wolfe
Phillips Murrah P.C.
101 North Robinson
Corporate Tower, 13th Floor
Oklahoma City, OK 73102

Job No.     : 54385        BU ID      : HOUSTON
Case No.   : CIV-08-1361-D
Case Name : Arnold Oil Properties vs. Schlumberger
               Technology Corp.
Invoice No. : 58861        Invoice Date : 6/29/2009
**Total Due  : $1,072.50**
AFTER 7/29/2009 PAY $1,179.75

Remit To:   **Court Reporters Clearinghouse, Inc.**
               **4545 Post Oak Place, Suite 350**
               **Houston, TX 77027-3124**

**PAYMENT WITH CREDIT CARD**    AMEX       VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____ Phone#: _____
Billing Address: _____
Zip: _____ Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature:

# INVOICE

D&R Reporting & Video, Inc.
119 North Robinson, Suite 650
Oklahoma City, OK 73102
Phone: 405-235-4106   Fax: 405-235-4115

FILE COPY

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 90661 | 6/19/2009 | 1674 |

| Job Date | Case No. |
|---|---|
| 6/15/2009 | CIV-08-1361-D |

| Case Name |
|---|
| Arnold Oil vs Schlumberger |

| Payment Terms |
|---|
| Due upon receipt |

Tom Wolfe
Phillips Murrah
101 North Robinson
13th Floor
Oklahoma City, OK 73102

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
  Patrick McFall                                                                 450.78
ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
  Ron Acklin                                                                     804.33

TOTAL DUE >>>   $1,255.11

Thank you for choosing D&R Reporting & Video, Inc., for all your litigation support needs.

Tax ID: 73-1334253                                           Phone: 405-235-4100   Fax: 405-235-4133

*Please detach bottom portion and return with payment.*

Tom Wolfe
Phillips Murrah
101 North Robinson
13th Floor
Oklahoma City, OK 73102

Job No.     : 1674          BU ID       : 1-MAIN
Case No.    : CIV-08-1361-D
Case Name   : Arnold Oil vs Schlumberger

Invoice No. : 90661         Invoice Date : 6/19/2009
Total Due   : $ 1,255.11

**PAYMENT WITH CREDIT CARD**   AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:                          Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To: **D&R Reporting & Video, Inc.**
          **119 North Robinson, Suite 650**
          **Oklahoma City, OK 73102**

# FILE COPY INVOICE

D&R Reporting & Video, Inc.
119 North Robinson, Suite 650
Oklahoma City, OK 73102
Phone:405-235-4106   Fax:405-235-4115

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 90580 | 6/12/2009 | 1582 |
| Job Date | Case No. | |
| 6/2/2009 | | |
| Case Name | | |
| Arnold Oil vs Schlumberger | | |
| Payment Terms | | |
| Due upon receipt | | |

Tom Wolfe
Phillips Murrah
101 North Robinson
13th Floor
Oklahoma City, OK 73102

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
   Don Cameron, Jr.                                                                              625.27

                                                      **TOTAL DUE >>>**          **$625.27**

Thank you for choosing D&R Reporting & Video, Inc., for all your litigation support needs.

Tax ID: 73-1334253                                                      Phone: 405-235-4100   Fax:405-235-4133

*Please detach bottom portion and return with payment.*

Tom Wolfe
Phillips Murrah
101 North Robinson
13th Floor
Oklahoma City, OK 73102

Job No.    : 1582          BU ID    :1-MAIN
Case No.   :
Case Name  : Arnold Oil vs Schlumberger

Invoice No. : 90580        Invoice Date :6/12/2009
**Total Due : $ 625.27**

Remit To: **D&R Reporting & Video, Inc.
         119 North Robinson, Suite 650
         Oklahoma City, OK 73102**

**PAYMENT WITH CREDIT CARD**    AMEX  [MC]  VISA

Cardholder's Name:
Card Number:
Exp. Date:                 Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge: