# EXHIBIT 4

AO44
(Rev 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

FILE COPY

INVOICE NO: 20100015

Mr. Thomas G. Wolfe
Phillips Murrah, P.C.

Phone:

**MAKE CHECKS PAYABLE TO:**

Christina L. Clark, RPR, CRR
United States Court Reporter
U.S. Courthouse, Room 5409
200 N.W. Fourth Street
Oklahoma City, OK 73102

Phone:   (405) 609-5123

Tax ID:   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
christina_clark@okwd.uscourts.gov

☐ CRIMINAL     ☒ CIVIL     DATE ORDERED: 09-16-2010     DATE DELIVERED: 09-16-2010

**Case Style:** CIV-08-1316, Arnold Oil Properties v Schlumberger Tech. Corp.
Reporter's Excerpt of Transcript of Proceedings

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | 19 | 7.25 | 137.75 | | | | | | | 137.75 |
| Realtime | | | | | | | | | | |

| Misc. Desc. | MISC. CHARGES: | |
|---|---|---|
| | TOTAL: | 137.75 |
| | LESS DISCOUNT FOR LATE DELIVERY: | |
| | TAX (If Applicable): | |
| | LESS AMOUNT OF DEPOSIT: | |
| | TOTAL REFUND: | |
| | TOTAL DUE: | $137.75 |

**ADDITIONAL INFORMATION**
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

**CERTIFICATION**
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE:                                           DATE:

*(All previous editions of this form are cancelled and should be destroyed)*

AO44
(Rev 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

INVOICE NO: 20100014

Mr. Thomas G. Wolfe
Phillips Murrah, P.C.

Phone:

**MAKE CHECKS PAYABLE TO:**

Christina L. Clark, RPR, CRR
United States Court Reporter
U.S. Courthouse, Room 5409
200 N.W. Fourth Street
Oklahoma City, OK 73102

Phone: (405) 609-5123

Tax ID: 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
christina_clark@okwd.uscourts.gov

☐ CRIMINAL    ☒ CIVIL

DATE ORDERED: 09-13-2010

DATE DELIVERED: 09-14-2010

**Case Style:** CIV-08-1361, Arnold Oil Properties v Schlumberger Technology Corp.
Reporter's Excerpt of Transcript of Proceedings

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | 33 | 4.85 | 160.05 | | | | | | | 160.05 |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. Desc. | | | | | | | MISC. CHARGES: | | | |
| | | | | | | | TOTAL: | | | 160.05 |
| | | | | | | | LESS DISCOUNT FOR LATE DELIVERY: | | | |
| | | | | | | | TAX (If Applicable): | | | |
| | | | | | | | LESS AMOUNT OF DEPOSIT: | | | |
| | | | | | | | TOTAL REFUND: | | | |
| | | | | | | | TOTAL DUE: | | | $160.05 |

**ADDITIONAL INFORMATION**
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

**CERTIFICATION**
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE                    DATE

*(All previous editions of this form are cancelled and should be destroyed)*